[Civil No. 2442. Filed January 7, 1926.]

[242 Pac. 436.]

In the Matter of the Estate of P. F. COLLINS, Deceased. J. H. KNIGHT, Petitioner for Letters of Administration, Appellant.

APPEAL from a judgment of the Superior Court of the County of Mohave. E. Elmo Bollinger, Judge. Appeal dismissed.

Mr. C. W. Herndon (Mr. Frank O'Connell, of Counsel), for Appellant.

ROSS, J.—The facts in this case are exactly the same as in No. 2441, *ante,* p. 377, 242 Pac. 435, and the order will be the same—one of dismissal.

McALISTER, C. J., and LOCKWOOD, J., concur.